# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1807
_____

JAKIREA LANAE FOREMAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

December 13, 2023

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(c)(4)(F).

BILBREY, KELSEY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and Gregory M. Wise, Assistant Public Defender, Pensacola, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.